**Barry M. Landy**

| | |
|---|---|
| **From:** | Gregg Meyers <greggmeyers@piercesloan.com> |
| **Sent:** | Monday, April 2, 2018 7:39 PM |
| **To:** | Barry M. Landy |
| **Subject:** | Re: I have not heard back from you |

Which is the way to approach the issue – ask.

Your info is incorrect. The cases are all on appeal. They are narrowing down to the lawyers who brought the 2007 class action and while they make for great defendants before a jury, they are politically connected. So no surprise that the trial court ignored the controlling appellate case, right on point, and said it didn't apply. This is, after all, South Carolina.

I sent my initial brief in this past Friday.

I don't know what kind of suction (if you are a fan of The Wire) the guy has with the present members of the SC Supremes, but that is where it is going to wind up, for the third time. Sometimes appellate courts get tired of an issue and lose interest on multiple appeals, but in times 1 and 2 they largely ducked the issues they are now going to have to confront. Unless they are tired of it and choose to look hard the other way and let go the percolating corruption that went on in the case. My chances ought to be excellent, given the controlling case, but we shall see.

Gregg Meyers
Of Counsel
Pierce Sloan Wilson Kennedy & Early LLC
The Blake-Grimké House
321 East Bay Street (29401)
P.O. Box 22437
Charleston, SC 29413-2437
(843) 722-7733
(843) 725-7750 (Direct)
(843) 324-1589 (Cell)
greggmeyers@piercesloan.com
www.piercesloan.com



This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this communication is confidential, is subject to the attorney-client privilege, may constitute inside information, and is intended only for the use of the addressee. It is the property of Pierce Sloan Wilson Kennedy & Early LLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

**From:** "Barry M. Landy" <BML@ciresiconlin.com>
**Date:** Monday, April 2, 2018 at 6:24 PM
**To:** Gregg Meyers <greggmeyers@piercesloan.com>
**Subject:** RE: I have not heard back from you

Gregg:

Our understanding is that the cases listed in the settlement agreement against the Diocese of Charleston have been resolved.  If that is not the case, please let us know.

Regards,

**Barry M. Landy**
*Associate*

P:    612.361.8224
E:    BML@ciresiconlin.com



Ciresi Conlin LLP | 225 S. 6th St. | Suite 4600 | Minneapolis, MN 55402

This email is from a law firm and may be privileged or confidential. It is intended only for the person addressed. If you received this email in error, please immediately notify the sender and delete it from your system without reading or distributing it. We do not waive the attorney-client privilege by an email incorrectly delivered.
www.CiresiConlin.com

**From:** Gregg Meyers <greggmeyers@piercesloan.com>
**Sent:** Friday, March 30, 2018 1:40 PM
**To:** Barry M. Landy <BML@ciresiconlin.com>
**Subject:** I have not heard back from you

Barry:

On March 27 you made an accusation. You didn't ask a question, or state a concern and explain why, or ask for information. You made an accusation. Which of course was your client's accusation, not yours.

I responded almost immediately, and both informed you that the accusation was factually mistaken and asked you to please explain the basis of the false accusation.

In response I have heard nothing. It is now three days later. I have still heard nothing in response.

By his own account, your client is prone to conduct himself in a "ready, fire, aim" manner. He admits this about himself, using precisely those words. That tendency was on full display when I worked for him, in how I saw him treat others and how he chose to treat me and his clients without doing even the most rudimentary investigation before he decided to jump to conclusions and start making false accusations. Minnesota law gave him latitude to do that while I worked for him. But now I no longer work for him. Which means for him, unfortunately, that he is now working on a level playing field, not the one tilted strongly in his favor, and he is going to be accountable when he chooses to treat anyone in the same irresponsible manner.

A record is accumulating of your client repeatedly throwing out false accusations and false claims without any factual basis. False claims that the slightest investigation would have shown were false. March 27 was only his most recent.

I ask again. On what basis did your client elect to make against me the false accusation he had you make on March 27?

I appreciate that he isn't accustomed to being held accountable, or of spending any effort to investigate before he makes false accusations. But now when I see him do it, he is going to account for having done so.

On what factual basis did you client choose to make his most recent false accusation that you communicated to me on March 27?

Best personal regards.


Gregg Meyers
Of Counsel
Pierce Sloan Wilson Kennedy & Early LLC
The Blake-Grimké House
321 East Bay Street (29401)
P.O. Box 22437
Charleston, SC 29413-2437
(843) 722-7733
(843) 725-7750 (Direct)
(843) 324-1589 (Cell)
greggmeyers@piercesloan.com
www.piercesloan.com



This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The Information contained in this communication is confidential, is subject to the attorney-client privilege, may constitute inside information, and is intended only for the use of the addressee. It is the property of Pierce Sloan Wilson Kennedy & Early LLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.